IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 114,752

In the Matter of DAVID A. HARDY,
*Petitioner.*

ORDER OF REINSTATEMENT

On March 25, 2016, this court suspended the petitioner, David A. Hardy, from the practice of law in Kansas for a period of 2 years, effective January 7, 2015. See *In re Hardy*, 303 Kan. 1071, 373 P.3d 706 (2016). The court further ordered that the petitioner comply with the requirements of Supreme Court Rule 219(b) and (c) (2015 Kan. Ct. R. Annot. 403).

On February 14, 2017, petitioner filed a petition for reinstatement. On February 16, 2017, the Disciplinary Administrator's office filed a response to the petitioner's petition for reinstatement, confirming that petitioner complied with the court's previous order.

The court, after carefully considering the record, accepts the findings and recommendations of the hearing panel and grants the petitioner's petition for reinstatement of his license to practice law in Kansas.

IT IS THEREFORE ORDERED that the petitioner be reinstated to the practice of law in Kansas conditioned upon his compliance with the annual continuing legal education requirements and upon his payment of all fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission. Upon proof provided to the Clerk of the Appellate Courts that the petitioner has complied with the annual continuing legal education requirements

1

and has paid the fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission, the Clerk is directed to enter the petitioner's name upon the roster of attorneys engaged in the practice of law in Kansas.

IT IS FURTHER ORDERED this this order be published in the official Kansas Reports and that the costs herein be assessed to the petitioner.

Effective this 3rd day of April, 2017.